# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

**CHANDRA HARMON, et al.,**
    **Plaintiffs,**

v.                          Case No. 08-C0196

**A-1 EXCAVATING,**
    **Defendant.**

## ORDER

Pursuant to the agreement of the parties, **IT IS ORDERED** that the Scheduling Order dated February 23, 2009 is hereby **AMENDED** such that Paragraph 3 shall now read as follows:

3.    This case will be called for trial on **August 4, 2009 at 11:00 a.m.**

**SO ORDERED** at Milwaukee, Wisconsin, this 9th day of April 2009.

                                    s/ Lynn Adelman
                                    LYNN ADELMAN
                                    District Judge